The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| NATHAN R. GONINAN, | ) | Case No. C07-1099-RAJ |
| Plaintiff, | ) | |
| v. | ) | |
| DAVE OSTER, | ) | ORDER OF DISMISSAL |
| Defendant. | ) | |

The Court, having reviewed defendant's Motion to Dismiss, together with all materials in support of and opposition to those documents, the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law and balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendant's Motion to Dismiss (Dkt. No. 21) is GRANTED, and plaintiff's case is DISMISSED, without prejudice, for failure to prosecute pursuant to Local Rule CR 41(b)(2).

(3) The Clerk of Court is directed to send copies of this Order to the parties.

DATED this 22nd day of February, 2008.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL – 1